UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
DOMINIC A. GAWUGA,

                      Plaintiff,                **Docket #: 1:21-cv-05196-JPC**

               - against -               **NOTICE OF MOTION**
                                                       **TO REMAND**

ISMAILA A. ABUBAKARU and COPPER TONES LLC,

                      Defendants.
----------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated

**July 2, 2021** and all prior proceedings, pleadings, and filings in this matter, plaintiff moves

this Court before the Honorable John P. Cronan, United States District Judge, at the

Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at

a date and time to be determined by the Court, for an Order pursuant to 28 U.S.C.A § 1447

to remand this action to its original forum, the Supreme Court of the State of New York,

Bronx County.

Dated:  New York, New York
       July 2, 2021

                                Yours, etc.,

                                Marc R. Thompson
                                _____
                                Marc R. Thompson, Esq.
                                PULVERS, PULVERS & THOMPSON, LLP
                                Attorneys for Plaintiff
                                950 Third Avenue
                                New York, New York 10022
                                (212) 355-8000

Defendants shall respond to Plaintiff's motion by July 16, 2021. Plaintiff shall file his reply, if any, by July 23, 2021.

SO ORDERD.

Date:   July 2, 2021
         New York, New York

TO:   Adam N. Schwartzstein, Esq.
      LEWIS BRISBOIS BISGAARD & SMITH LLP
      *Attorneys for Defendants*
      77 Water Street, 21st Floor
      New York, NY 10005
      (212) 232-1300

                                          JOHN P. CRONAN
                                        United States District Judge