UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DOMINIC A. GAWUGA,                                                 :
                                                                   :
                                Plaintiff,                         :          21 Civ. 5196 (JPC)
                                                                   :
        -v-                                                        :          ORDER
                                                                   :
                                                                   :
COPPER TONES, LLC and ISMAILA A.                                   :
ABUBAKARI,                                                         :
                                                                   :
                                Defendants.                        :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The parties should be prepared to discuss Plaintiff's motion to remand, Dkt. 6, at the August

17, 2021 Initial Pretrial Conference.

        SO ORDERED.

Dated:  August 16, 2021
        New York, New York                          _____
                                                              JOHN P. CRONAN
                                                         United States District Judge