

Md. Ashfaquzzaman (Shawn) Choudhury
77 Water Street, Suite 2100
New York, New York 10005
Shawn.Choudhury@lewisbrisbois.com
Direct: 646.783.0922

September 15, 2021                                                                                                  File No. 20993.82

*The initial pretrial conference scheduled for September 21, 2021 is adjourned to October 26, 2021 at 10:30 a.m. The joint letter outlined in Dkt. 5, and the proposed case management plan must be filed by October 19, 2021.*

**VIA ECF**
Judge John P. Cronan
United States District Court Courtroom 12D
Southern District of New York 500 Pearl Street
500 Pearl Street, Room 1320 Meghan Henrich,
Courtroom Deputy
New York, NY 10007

*SO ORDERED.
Date: September 20, 2021
New York, New York*

*JOHN P. CRONAN
United States District Judge*

      Re:    Plaintiff: DOMINIC A. GAWUGA
              Defendant(s): ISMAILA A. ABUBAKARI and COPPER TONES, LLC
              <u>Case Number: 1:21-cv-05196-JPC</u>

Judge Cronan:

      We represent the defendants in the above matter. We write with the consent of plaintiff's counsel to request an adjournment of the Initial Conference presently scheduled for September 21, 2021. This adjournment is requested because the parties are working on amending the caption to add the bankruptcy trustee as the successor in interest to the debtor, here the plaintiff, as the proper party plaintiff. This is the first request for an adjournment. We available October 19, 2021 and October 26, 2021 for a rescheduled conference, or any other date convenient for the Court.

      Thank you for your attention to this matter.

      Feel free to contact the undersigned should you have any questions.

                            Very truly yours,

                            /s/

                        Md. Ashfaquzzaman (Shawn) Choudhury for
                        LEWIS BRISBOIS BISGAARD & SMITH LLP

SC
cc:    All counsel of record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • WASHINGTON • WEST VIRGINIA
4828-4882-0987.1