UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DOMINIC A. GAWUGA,

                Plaintiff,                                Docket #: 1:21-cv-05196-JPC

             - against -                                    NOTICE OF MOTION

ISMAILA A. ABUBAKARU and COPPER TONES LLC,

                Defendants.
-------------------------------------------------------------------------X

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated **September 30, 2021** and all prior proceedings, pleadings, and filings in this matter, plaintiff moves this Court before the Honorable John P. Cronan, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a date and time to be determined by the Court, for an Order: pursuant Fed. R. Civ. P. 21., substituting the named Plaintiff with Kenneth P. Silverman, Esq. as the Chapter 7 Trustee of the estate of Plaintiff, amending the caption to reflect same, and for such other and further relief as to this Court may seem just and proper.

Dated:  New York, New York
          September 30, 2021

                                                    Yours, etc.,

                                                    *Marc R. Thompson*
                                                    Marc R. Thompson, Esq.
                                                    PULVERS, PULVERS & THOMPSON, LLP
                                                    Attorneys for Plaintiff
                                                    950 Third Avenue
                                                    New York, New York 10022
                                                    (212) 355-8000

TO:    Md. Ashfaquzzaman (Shawn) Choudhury, Esq.
        LEWIS BRISBOIS BISGAARD & SMITH LLP
        *Attorneys for Defendants*
        77 Water Street, 21st Floor
        New York, NY 10005
        (212) 232-1300

Defendants shall respond to Plaintiff's motion by October 19, 2021. Plaintiff shall file his reply, if any, by October 26, 2021. The initial pretrial conference scheduled on October 26, 2021 at 10:30 a.m. is adjourned to November 2, 2021 at 11:30 a.m.

SO ORDERED.

Date:   October 5, 2021
           New York, New York

                                                     JOHN P. CRONAN
                                                     United States District Judge