```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DOMINIC A. GAWUGA,                                                     :
                                                                       :
                              Plaintiff,                               :
                                                                       :            21 Civ. 5196 (JPC)
               -v-                                                     :
                                                                       :                 ORDER
COPPER TONES, LLC and ISMAILA A.                                       :
ABUBAKARI,                                                             :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties have an Initial Pretrial Conference ("IPTC") scheduled on November 2, 2021. Dkt. 15. No later than seven days prior to the IPTC, the parties were ordered to submit a joint letter, not to exceed five (5) pages, addressing the following in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this Court;

(3) A brief description of all outstanding motions and/or all outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that the parties believe may assist this Court in resolving the action.

See Dkt. 11. By that date, the parties also were ordered to submit to the Court a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan. Id.

The parties have not submitted the joint letter and a proposed case management plan and scheduling order, which were due on October 26, 2021.  It is hereby ORDERED that the parties shall submit the joint letter and proposed case management plan and scheduling order by October 29, 2021.

SO ORDERED.

Dated: October 27, 2021
       New York, New York

                                            JOHN P. CRONAN
                                      United States District Judge