UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                         :

DOMINIC A. GAWUGA,                              :

                       Plaintiff,                 :

                                         :          21 Civ. 5196 (JPC)

         -v-                                     :

                                         :              <u>ORDER</u>

ISMAILA A. ABUBAKARI and         :
COPPER TONES, LLC,                 :

                     Defendants.              :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       For reasons stated on the record during the conference held on November 2, 2021, Plaintiff Dominic A. Gawuga's unopposed motion to substitute, Dkt. 14, is granted.

       The Clerk of Court is respectfully directed to terminate the motion pending on Docket 14 and to amend the case caption to substitute Dominic A. Gawuga with Kenneth R. Silverman, Esq. as the Plaintiff in this action.

       SO ORDERED.

Dated: November 2, 2021
       New York, New York

                                                 JOHN P. CRONAN
                                         United States District Judge